JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: jason.hicks@gtlaw.com
        kerry.kleiman@gtlaw.com

*Attorney for Defendant Amazon.com Services, LLC*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER REGAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No.  2:26-cv-01257-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMAZON.COM SERVICES LLC TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Jennifer Regan ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon"), by and through their respective counsel of record, have conferred and hereby stipulate to an extension of the deadline for Amazon to respond to Plaintiff's complaint, as follows:

WHEREAS, Plaintiff filed her Complaint on April 23, 2026 and thereafter served Amazon through its resident agent on April 29, 2026;

WHEREAS counsel for Amazon is still investigating the allegations and claims in Plaintiff's Complaint and needs additional time to prepare a response, and the Parties have therefore agreed to a thirty-day extension of Amazon's deadline to respond to Plaintiff's Complaint.

/ / /

/ / /

1

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline for Amazon to respond to Plaintiff's Complaint is and shall be continued from May 20, 2026 to June 19, 2026.

**IT IS SO STIPULATED.**

DATED this 18th day of May, 2026

**GREENBERG GROSS LLP**

*/s/ Jorge Padilla*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
JORGE PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 18th day of May, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant Amazon.com Services LLC*

**<u>ORDER</u>**

Considering the stipulation between counsel, and with good cause appearing, the deadline for Amazon to respond to Plaintiff's Complaint is June 19, 2026.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Date:  May 19, 2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

2