**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jennifer Regan,

Plaintiff(s),

v.

Amazon.com Services LLC,

Defendant(s).

Case No. 2:26-cv-01257-GMN-EJY

**Order**

Given counsel's representations as to futility, Docket No. 17, the Court **VACATES** the early neutral evaluation. The Court **INSTRUCTS** the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge in this case.

IT IS SO ORDERED.

Dated: September 2, 2026

Nancy J. Koppe
United States Magistrate Judge